JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Marykay Loss Carlson,*
*in her official capacity, and the United*
*States Department of State*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francisca Nazareno Yson; Allan NazarenoYson, Elmer Nazareno Yson, Gregorio Nazareno Cenon,<br><br>             Plaintiffs,<br><br>      v.<br><br>Marykay Loss Carlson, in her official capacity as Ambassador Extraordinary and Plenipotentiary of the Republic of the Philippines; United States Department of State,<br><br>             Defendants. | Case No. 2:23-cv-00166-APG-VCF<br><br>**Joint Stipulation to Extend Federal Defendants' Deadline to Answer or Otherwise Respond to Plaintiff's Complaint [ECF No. 1] (First Request)** |

Plaintiffs, Francisca Nazareno Yson, Allan Nazareno Yson, Elmer Nazareno Yson, and Gregorio Nazareno Cenon, and the United States of America, on behalf of Federal Defendants Marykay Loss Carlson, in her official capacity, and the United States Department of State, through counsel, hereby stipulate and agree to extend the United States' Deadline to answer or otherwise respond to Plaintiffs' Complaint for Injunctive and Mandamus Relief (ECF No. 1). The reason for the motion is as follows:

1.     Plaintiffs filed their Complaint for Injunctive and Mandamus Relief on January 31, 2023.

2.      Plaintiffs served the United States with a copy of the Summons and Complaint on February 1, 2023.

3.      The current deadline for Federal Defendants to answer or otherwise respond is April 3, 2023, as April 2, 2023, falls on a Sunday. *See* Fed. R. Civ. P. 6(a)(1)(C).

4.      The parties stipulate and agree to provide the United States an additional 30 days to file an answer to the complaint or other responsive pleading. The United States seeks this extension because of: (1) delay in working with the Department of State to get a knowledgeable point of contact; (2) the unique protocols of the Manila Post; and (3) the delay in getting relevant materials and information from the agency. Accordingly, the parties believe good cause exists for the extension.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to May 3, 2023.

Respectfully submitted this 20th day of March 2023.

JASON M. FRIERSON
United States Attorney

/s/   *Alexander R. Vail*
ALEXANDER R. VAIL
Nevada Bar No. 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
alexander@vailimmigrationservices.com
*Attorney for Plaintiff*

/s/ *Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   March 21, 2023
_____