1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3
   SKYLER H. PEARSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  skyler.pearson@usdoj.gov

7  *Attorneys for Marykay Loss Carlson,*
   *in her official capacity, and the United*
8  *States Department of State*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francisca Nazareno Yson; Allan NazarenoYson, Elmer Nazareno Yson, Gregorio Nazareno Cenon,<br><br>Plaintiffs,<br><br>v.<br><br>Marykay Loss Carlson, in her official capacity as Ambassador Extraordinary and Plenipotentiary of the Republic of the Philippines; United States Department of State,<br><br>Defendants. | Case No. 2:23-cv-00166-APG-VCF<br><br>**Joint Stipulation to Extend Federal Defendants' Deadline to Answer or Otherwise Respond to Plaintiff's Complaint [ECF No. 1] (Second Request)** |

Plaintiffs, Francisca Nazareno Yson, Allan Nazareno Yson, Elmer Nazareno Yson, and Gregorio Nazareno Cenon, and the United States of America, on behalf of Federal Defendants Marykay Loss Carlson, in her official capacity, and the United States Department of State, through counsel, hereby stipulate and agree to extend the United States' Deadline to answer or otherwise respond to Plaintiffs' Complaint for Injunctive and Mandamus Relief (ECF No. 1). The reason for the stipulation is as follows:

1.  Plaintiffs filed their Complaint for Injunctive and Mandamus Relief on January 31, 2023.

2.  Plaintiffs served the United States with a copy of the Summons and Complaint on February 1, 2023.

3.  The original deadline for Federal Defendants to answer or otherwise respond was April 3, 2023, as April 2, 2023, fell on a Sunday. *See* Fed. R. Civ. P. 6(a)(1)(C).

4.  The parties stipulated and agreed to provide the Federal Defendants an additional 30 days to file an answer to the complaint or other responsive pleading (ECF No. 6). The Court granted the parties' stipulation and provided Federal Defendants until May 3, 2023, to answer or otherwise respond to Plaintiffs' complaint (ECF No. 7).

5.  Since the filing of the previous stipulation, counsel for Federal Defendants' wife gave birth to a baby girl. Federal Defendants seek this 14-day extension to allow him time to take care of his wife and new baby. Accordingly, the parties believe good cause exists for the extension.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to May 17, 2023.

Respectfully submitted this 2nd day of May 2023.

JASON M. FRIERSON
United States Attorney

/s/ Alexander R. Vail
ALEXANDER R. VAIL
Nevada Bar No. 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
alexander@vailimmigrationservices.com
*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5-3-2023