Alexander R. Vail
Nevada Bar # 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francisca Nazareno YSON; Allan Nazareno YSON; Elmer Nazareno YSON; Gregorio Nazareno CENON,<br><br>Plaintiffs,<br><br>v.<br><br>MaryKay Loss CARLSON, in her official capacity as Ambassador Extraordinary and Plenipotentiary to the Republic of the Philippines; UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | No. 2:23-cv-00166-APG-VCF<br><br>**JOINT STIPULATION TO DISMISS** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all parties who have appeared agree to dismissal of this action in its entirety. Dismissal is with prejudice as to all claims and causes of action Plaintiffs have asserted against Defendants in this matter. Each side is to bear its own costs and attorney fees.

Respectfully submitted this 30th day of May 2023.

JASON M. FRIERSON
United States Attorney

/s/ Alexander R. Vail/s/ Skyler H. Pearson
ALEXANDER R. VAILSKYLER H. PEARSON
Nevada Bar No. 14291Assistant United States Attorney

Law Office of Alexander R. Vail, L.L.C.   *Attorneys for Federal Defendants*
2970 West Sahara Avenue
Las Vegas, Nevada 89102
alexander@vailimmigrationservices.com
*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: June 12, 2023

2